UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KEVIN WALKER,

      Plaintiff,    08 Civ. 284 (WHP)

  -against-      ORDER

COMMISSIONER OF CORRECTIONS et al.

      Defendants.
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

    Plaintiff pro se filed an Amended Complaint in this action but has not served any Defendants, who are Corrections Officers. The United States Marshals Service has requested badge numbers in order to serve the Defendants, presumably because the Defendants are named only by last names that are very common. Plaintiff is directed to serve, by certified mail, interrogatories on the New York City Law Department in order to identify the full names and addresses of each Defendant. The Court further directs the Law Department, although not named as a party in this action, to answer Plaintiff pro se's interrogatories solely for the purpose of ascertaining the full names and addresses of each Defendant. Once informed of the full names and addresses of each Defendant, Plaintiff pro se is directed to provide the Marshals with the additional information to serve the summons and the Amended Complaint. An initial pre-trial will be held on May 29, 2009 at 11:30 a.m.

This Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this Order would not be taken in good faith.

Dated:  March 9, 2009
        New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to*:

Kevin Walker
08-A-2277
Clinton Correctional Facility
PO Box 2002
Dannemora, NY 12929
*Plaintiff Pro Se*

2