UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KEVIN WALKER,

                    Plaintiff,

           -against-

COMMISSIONER OF CORRECTIONS et al.

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 284 (WHP)

SCHEDULING ORDER NO. 2

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se and counsel for Defendants having appeared for a conference on

July 31, 2009, the following schedule is established on consent:

1. Plaintiff is directed to serve the remaining Defendants with a copy of an amended complaint that names all Defendants. The Pro Se Office of the Southern District of New York is directed to issue another Rule 4(m) package to Plaintiff;

2. Plaintiff shall mail signed medical releases to counsel for Defendant by August 14, 2009;

3. All discovery shall be complete by January 31, 2010;

4. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by February 3, 2010; and

5. The Court will hold a final pre-trial conference on February 11, 2010 at 11:00 a.m.

Dated:      August 4, 2009
             New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to*:

Kevin Walker
08-A-2277
Clinton Correctional Facility
PO Box 2002
Dannemora, NY 12929
*Plaintiff <u>Pro</u> <u>Se</u>*

Philip Rudolph Depaul, Esq.
New York City Law Department
100 Church Street
New York , NY 10007
*Counsel for Defendants*